UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL JOSEPH DAVIS, SR, )<br>       Respondent, )<br>)<br>V. )<br>)<br>SHERIFF KOUTOUJIAN, )<br>       Defendants. ) | CIVIL ACTION NO. 11-10650-GAO |

MEMORANDUM AND ORDER FOR DISMISSAL

O'TOOLE, D.J.

On April 5, 2011, Petitioner Michael Joseph Davis ("Davis"), a prisoner then in custody at the Billerica House of Correction, filed a self prepared petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 9, 2011, this Court issued a Memorandum and Order (Docket No. 5) directing Davis to demonstrate that he has exhausted his state remedies or that his lack of exhaustion was excused pursuant to 28 U.S.C. § 2254(b)(1)(B)(i) or (ii).

On May 25, 2011, the mail sent to Davis was returned as undeliverable. To date, Davis has failed to notify this Court of a new mailing address.[1] He has also failed to respond to this Court's Memorandum and Order.

---

[1] Local Rule 83.5.2(e) imposes the responsibility for notifying the Court of any change of address on the party. The Rule states: "Each attorney appearing and each party appearing pro se is under a continuing duty to notify the clerk of any change of address and telephone number. Notice under this rule shall be filed in every case. Any attorney or party appearing pro se who has not filed an appearance or provided the clerk with his current address in accordance with this rule shall not be entitled to notice. Notice mailed to an attorney's or party's last address of record shall constitute due notice contestable only upon proof of a failure to mail delivery." Local Rule 83.5.2(e). In light of this Rule, the Court deems that mail sent to Davis's last known address of record suffices to notify him of the Court's directives to demonstrate state exhaustion or show cause why he is exempt from the exhaustion requirement.

Accordingly, for the failure to comply with the directives contained in the Memorandum and Order, and for the apparent lack of exhaustion of state remedies, Davis's habeas petition is <u>DISMISSED</u> in its entirety.

SO ORDERED.                                         /s/ George A. O'Toole, Jr.
                                                    GEORGE A. O'TOOLE, JR.
                                                    UNITED STATES DISTRICT JUDGE

DATED: June 8, 2011